JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** Woburn, MA        **Category No.** II        **Investigating Agency** HSI

**City** Woburn

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number    25-mj-8432-PGL

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____     ☐ Yes  ☑ No

Defendant Name    Manolo Morales Lopez        Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:    Saugus, MA

Birth date (Yr only): 1996    SSN (last 4#): _____    Sex: M    Race _____    Nationality: Guatemalan

**Defense Counsel if known:** _____        Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:    Rob Richardson        Bar Number if applicable: _____

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:** _____

**Arrest Date:** _____

☑ Already in Federal Custody as of    September 12, 2025    in    Boston, MA    .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/12/2025        Signature of AUSA: */s/ Robert E. Richardson*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Manolo Morales Lopez

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  18 U.S.C. § 111(a)(1) | In that the defendant did forcibly assault, resist, oppose, impede, intimidate, interfere with persons designated in 18 U.S.C. § 1114, where such acts involved physical contact with a victim of that assault. | One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013