**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| v. | ) 1:25-mj-08432-PGL-1 |
| | ) |
| MANOLO MORALES LOPEZ, | ) |
|            Defendant | ) |
| | ) |
| | ) |

**DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY MODIFY PRETRIAL RELEASE CONDITIONS TO ALLOW LIMITED TRAVEL**

Defendant Manolo Morales Lopez ("Mr. Morales Lopez"), by and through counsel, respectfully moves this Court to allow Mr. Morales Lopez to travel to Orlando, Florida, in May 2026 to attend a weekend conference organized by his church.

The basis for this motion is as follows:

1. On September 12, 2025, the government filed a criminal complaint charging Mr. Morales Lopez with assaulting, resisting, or impeding a federal agent, in violation of 18 U.S.C. § 111(a)(1). *See* Dkt. Entry 2. The complaint alleges that Mr. Morales Lopez physically interfered with a federal agent's arrest of Mr. Morales Lopez's girlfriend, Bertilia Garcia Solis. *Id.* Mr. Morales Lopez made his initial appearance before this Court on the same day. The government did not seek detention, and this Court released him with conditions that included travel limited to New England absent notification to Pretrial and Probation Services ("PPS") and permission from this Court. *See* Dkt.

Entries 5 – 6. The Court, upon the government's assented-to motion, has extended the time within which to bring an indictment to June 5, 2026. *See* Dkt. Entry 16.

2. Mr. Morales Lopez has been in contact with his PPS officer, and defense counsel has notified PPS about his proposed travel. PPS has indicated that it has no objection to Mr. Morales Lopez attending the conference in Orlando.

3. The government has also indicated to defense counsel that it does not object to this request.

4. Previously, on October 10, 2025, this Court permitted Mr. Morales Lopez to visit Ms. Garcia Solis in Texas, although Mr. Morales Lopez ultimately did not avail himself of that opportunity due to personal reasons. *See* Dkt. Entry 12.

5. Mr. Morales Lopez has complied with all conditions of his release and surrendered his passport to PPS.

6. Mr. Morales Lopez does not pose a flight risk for the following reasons:

   a. He has lived in the United States for more than a decade, residing in Massachusetts for that entire time.

   b. He is an involved member of his community. He regularly attends church at Misión Evangelica De Los Santuarios del Monte Sinaí in Saugus; is part of a recreational soccer team; and engages in other recreational activities with friends.

   c. He owns and manages a reputable landscaping business in Saugus, Massachusetts, Morales Landscaping and General Construction, that employs between two and six people. Mr. Morales Lopez built his business from scratch

through many years of frugality and hard work. This business is currently Mr. Morales Lopez's only source of income.

7. Mr. Morales Lopez seeks permission to travel to Orlando, Florida, to attend a weekend conference organized by his church. The conference name is "Metanoia: New Mind, New Direction." As a devout Christian who regularly attends church service and participates in local church events, Mr. Morales Lopez considers attendance at this conference important to his study of the Bible and his religious development. The conference is scheduled for May 30 – 31, 2026, and is taking place at the Rosen Centre Hotel, where Mr. Morales Lopez would stay. It will include sermons, prayer, interaction with fellow church members, theological discussions, and similar activities. Mr. Morales Lopez's pastor, who Mr. Morales Lopez has a close relationship with, will be a speaker at the conference. If permitted to attend, Mr. Morales Lopez would fly to Orlando on Thursday, May 28, and return to Boston on Monday, June 1.

8. Mr. Morales Lopez will submit a detailed itinerary to PPS for this trip, including flights, his Orlando hotel address, contact information, and other relevant information, should the Court allow him to make this trip. Mr. Morales Lopez will remain accessible to PPS during his travel and provide any information requested from him.

Mr. Morales Lopez therefore respectfully requests that this Court modify his conditions of release so that he may travel to Orlando in the manner described above. Further, Mr. Morales Lopez requests that this Court order (1) that PPS return Mr. Morales Lopez's passport to him at least 48 hours in advance of his travel to Orlando and (2) that Mr. Morales Lopez return his passport to PPS within 24 hours of his return to Massachusetts.

Dated: May 21, 2026                    Respectfully submitted,

                                       */s/Jason J. Perez*
                                       Anthony E. Fuller (BBO # 633246)
                                       Jason J. Perez (BBO # 715594)
                                       Hogan Lovells US LLP
                                       125 High Street, Suite 2010
                                       Boston, MA  02110
                                       Telephone:  617.371.1000
                                       Facsimile:  617.371.1037
                                       anthony.fuller@hoganlovells.com
                                       jason.perez@hoganlovells.com

                                       *Counsel for the Defendant*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)**

I, Jason J. Perez, hereby certify that counsel for the defendant conferred in good faith with government counsel to resolve or narrow the issues presented in this motion before filing this motion. Government counsel has represented that it does not oppose this motion.

*/s/ Jason J. Perez*
Jason J. Perez

**CERTIFICATE OF SERVICE**

I, Jason J. Perez, hereby certify that on May 21, 2026, the foregoing document was filed using the CM/ECF system, which sent notification of the filing to counsel of record.

*/s/ Jason J. Perez*
Jason J. Perez