UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 25-mj-8432-PGL |
| | ) | |
| MANOLO MORALES LOPEZ, | ) | |
| Defendant | ) | |

**DISMISSAL OF MANOLO MORALES LOPEZ FROM THE COMPLAINT**

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Manolo Morales Lopez from the Complaint in this matter, charging him with forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with persons designated in 18 U.S.C. § 1114, where such acts involved physical contact with a victim of that assault, in violation of 18 U.S.C. § 111(a)(1). In support of this dismissal, the government states that the dismissal is in the interests of justice.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ *William F. Abely*
WILLIAM F. ABELY
Chief, Criminal Division

/s/ *Robert E. Richardson*
ROBERT E. RICHARDSON
Assistant U.S. Attorney

Leave to File Granted:

_____
HON. PAUL G. LEVENSON
Chief U.S. Magistrate Judge